# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KELVIN STEWART

NO. 2023 KW 0437

**JULY 5, 2023**

---

In Re:    Kelvin Stewart, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          24771.

---

**BEFORE:   LANIER, HESTER, AND MILLER, JJ.**

    **WRIT DENIED.** This application appears to be a request for postconviction relief filed in this court in the first instance. Relator is not entitled to the relief that he seeks from this court. See **State ex rel. Stewart v. State,** 2016-2014 (La. 1/12/18), 318 So.3d 675 (per curiam).

**WIL**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT